UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYONNE MED REALTY, LLC, | |
| Plaintiff, | |
| | Honorable Madeline Cox Arleo |
| v. | |
| | Civil Action No. 08-1004 (JAG) |
| CITIZENS INSURANCE COMPANY OF AMERICA, | |
| | **REPORT AND RECOMMENDATION** |
| Defendant. | |

**THIS MATTER** having come before the Court upon the motion of plaintiff to amend the Complaint and to remand (Docket #13); Jeffrey A. Bronster, Esq., appearing, upon notice to defendant Citizens Insurance Company of America, John P. Malloy, Esq., of Robinson & Cole, LLP, appearing, and the Court having considered the briefs in support of and in opposition to the motion and having heard the argument of counsel, and for the reasons set forth on the record on June 18, 2008, and for good cause shown;

**IT IS** on this 18th day of June, 2008,

**ORDERED THAT** plaintiff's motion to amend the Complaint is granted.  Plaintiff's proposed Amended Complaint (Docket Entry 13, #2) is deemed filed herewith.  Accordingly, the Court recommends that the motion to remand be granted.

The parties have ten (10) days from the date hereof to file objections.

*s/Madeline Cox Arleo*
MADELINE COX ARLEO
United States Magistrate Judge

cc:   Hon. Joseph A. Greenaway, Jr., U.S.D.J.
      All Parties
      File