## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
                                  :

BAYONNE MED REALTY, LLC,      :

                      :

        Plaintiff,           :

                      :           Civil Action No. 08-1004 (JAG)

         v.             :

                      :           **ORDER**

CITIZENS INSURANCE COMPANY  :

OF AMERICA,               :           **CLOSED**

                      :

                      :

        Defendant.        :

_____:

### GREENAWAY, JR., U.S.D.J.

On June 19, 2008, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R"),[1] pursuant to Fed. R. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2), wherein she recommended that the motion to amend the Complaint by plaintiff Bayonne Med Realty, LLC ("Plaintiff") be granted, and that Plaintiff's motion to remand likewise be granted. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

_____

[1] On June 23, 2008, Magistrate Judge Arleo filed a Supplemental Report and Recommendation, setting forth the bases for the R&R. (Docket Entry No. 18.)

IT IS on this 30th day of July, 2008,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of the Court; and it is further

ORDERED that Plaintiff's motion to amend the Complaint (Docket Entry No. 13) is GRANTED; and it is further

ORDERED that Plaintiff's motion to remand this action to state court (Docket Entry No. 6) is GRANTED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.


 S/Joseph A. Greenaway, Jr.           
JOSEPH A. GREENAWAY, JR., U.S.D.J.